IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:15CR307·1 |
| | : | |
| RALPH HENRY LATTA, JR. | : | |

The Grand Jury charges:

On or about April 15, 2013, in the County of Forsyth, in the Middle District of North Carolina, RALPH HENRY LATTA, JR., in a matter within the jurisdiction of the executive branch of the government of the United States, that is, the United States Railroad Retirement Board, an independent agency within the executive branch of the government of the United States of America, in order to receive an Occupational Disability Annuity from the United States Railroad Retirement Board, did willfully and knowingly make a materially false and fraudulent statement and representation on a United States Railroad Retirement Board Form G-254A, Continuing Disability Update Report, in that he did state "No" in response to the question "[D]uring the report period did you work for someone other than a railroad or were you self-employed" for the report period of January 2009 through April 2013, when, in truth and fact, as RALPH HENRY LATTA, JR., then well knew, he had been self-employed and had been employed operating a business known as "Angie's Water Ice" during

the report period of January 2009 through April 2013; in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL:

███████████████████████
FOREPERSON

_____
FRANK J. CHUT, JR.
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY

2